DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**12 JUNE 2003**

| No. 218P03<br><br>Case below:<br><br>156 N.C. App. 597 | Pass v. Beck | Def's PWC to Review the Decision of the COA (COA02-669) | Denied |
|---|---|---|---|
| No. 081A03<br><br>Case below:<br><br>155 N.C. App. 372 | Phillips v. A Triangle Women's Health Clinic, Inc. | 1. Plt's NOA (Based Upon a Dissent) (COA01-1418)<br><br>2. Def's (Schnider) PDR as to Additional Issues | 1. —<br><br>2. Allowed |
| No. 231P03<br><br>Case below:<br><br>156 N.C. App. 697 | Reimann v. Research Triangle Inst. | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-1061) | Denied<br><br>**Orr, J., recused** |
| No. 260P03<br><br>Case below:<br><br>157 N.C. App. 364 | Severt v. Cox | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA02-409)<br><br>2. Def's (Kyle Ray Harris) Conditional PDR as to Additional Issues | 1. Denied<br><br>2. Dismissed as Moot |
| No. 001P02-2<br><br>Case below:<br><br>155 N.C. App. 568 | Shackleford-Moten v. Lenoir Cty. DSS | Plt's PDR Under N.C.G.S. § 7A-31 (COA00-1513-2) | Denied |
| No. 161P03<br><br>Case below:<br><br>156 N.C. App. 218 | State v. Anderson | Def's PDR Under N.C.G.S. § 7A-31 (COA02-490) | Denied |
| No. 208P03<br><br>Case below:<br><br>156 N.C. App. 698 | State v. Batten | 1. Def's NOA Based Upon a Constitutional Question (COA02-984)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| No. 409P02-2<br><br>Case below:<br><br>149 N.C. App. 976 | State v. Bell | Def's PWC to Review the Decision of the COA (COA01-811) | Denied |
| No. 196P03<br><br>Case below:<br><br>156 N.C. App. 671 | State v. Blakney | Def's PDR Under N.C.G.S. § 7A-31 (COA02-592) | Denied |